# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ERIC R ROSS,

V.

RICHARD YACOWITZ,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:20-CV-01084-JBA

TO: **Richard Yacowitz**
Defendant's Address:
31 Blades Run
Shrewsbury, NJ 07702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amanda C. Nugent
Carmody Torrance Sandak & Hennessey, LLP – NH
195 Church St. 18th floor PO Box 1950
New Haven, CT 06509-1950

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ – Tiffany M Nuzzi

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2020-07-31 10:56:13.0, Clerk
USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Richard Yacowitz__
was received by me on *(date)* __8/3/20__.

☒ I personally served the summons on the individual at *(place)* __Little Silver Animal Hospital 675 Branch Ave, Little Silver NJ__ on *(date)* __8/3/20 1:20PM__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)* _____

My fees are $_____ for travel and $_____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __8/3/20__

_____
Servers signature

__Stephen Hekeson / Process Server__
Printed name and title

__75 Hastings RD Manchester NJ__
Servers address

Additional information regarding attempted service, etc: